In the Matter of the Claim of JOHN G. DEGENFELDER, Appellant, against H. G. VOGEL COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and matter remitted to the State Industrial Board, on

the authority of *Matter of Smith* v. *Aerovane Utilities Corp.* (259 N. Y. 126). Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ., concur.